## MUSOLINO LO CONTE CO. *v.* UNITED STATES

**No. 5019.**—Invoices dated Catania, Italy, November 13, October 16, 1937.
Certified November 23, October 19, 1937.
Entered at Boston, Mass., December 21, November 23, 1937.
Entry Nos. 8738, 7488.

(Decided October 9, 1940)

*Joseph F. Lockett* for the plaintiff.

*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: When these two suits were called for a hearing counsel for the appellant moved the court for an order and judgment declaring the appraisements invalid and void because the collector did not designate and the appraiser did not open and examine 1 in 10 of all the packages of merchandise in each case.

Without going into any detailed discussion and analysis of the evidence before me, I find therefrom, after a careful examination and consideration of the same, as to both of these appeals, that neither the designation by the collector nor the examination of the appraiser was a compliance with the law in effect at that time.

Following the authorities cited in Reap. Dec. 4558 I therefore hold the appraisement in each of the cases before me to be null and void *ab initio*. Judgment will be rendered accordingly.